

Kenneth D. Freundlich (SBN 119806)
Michael J. Kaiser (SBN: 258717)
FREUNDLICH LAW
16133 Ventura Boulevard, Suite 645
Encino, CA 91436
P: (310) 275-5350
F: (310) 275-5351
E-Mail: ken@freundlichlaw.com
        mkaiser@freundlichlaw.com

Attorneys for Defendants
BENITO ANTONIO MARTÍNEZ OCASIO p/k/a BAD BUNNY, and RIMAS ENTERTAINMENT, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AOM MUSIC, INC., a Florida corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BENITO ANTONIO MARTÍNEZ OCASIO p/k/a BAD BUNNY, et al.<br><br>Defendants. | Case No. 2:21-cv-7691- GW-JEM<br><br>**DEFENDANTS RIMAS ENTERTAINMENT LLC AND BENITO ANTONIO MARTINEZ OCASIO p/k/a BAD BUNNY'S ANSWER TO COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL** |

1

**DEFENDANTS RIMAS ENTERTAINMENT LLC'S AND BENITO ANTONIO MARTINEZ OCASIO p/k/a BAD BUNNY'S ANSWER TO COMPLAINT; DEMAND FOR JURY TRIAL**

## ANSWER

Defendants BENITO ANTONIO MARTÍNEZ OCASIO p/k/a BAD BUNNY ("Ocasio"), and RIMAS ENTERTAINMENT, LLC ("Rimas") answer and respond to Plaintiff AOM Music, Inc.'s ("Plaintiff") Complaint as follows:

## NATURE OF THE ACTION

1.     The allegations of Paragraph 1 contain conclusions of law to which no responsive pleading is required.  To the extent a response is required, Ocasio and Rimas admit that the Complaint purports to assert a claim for copyright infringement under 17 U.S.C. §§ 101, et seq, but deny that Plaintiff is entitled to any relief thereunder.  Ocasio and Rimas lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegation that "Besa Tu Cuerpo," "Chocha Con Bicho," and "Sigan Bailando" are copyrighted musical works and on that basis deny that allegation.  Ocasio and Rimas otherwise deny the remaining allegations in Paragraph 1.

## PLAINTIFF[1]

2.     The allegations of Paragraph 2 contain conclusions of law to which no responsive pleading is required.  To the extent a response is required, Ocasio and Rimas lack knowledge and information sufficient to form a belief as to the truth of these allegations of Paragraph 2, and on that basis deny these allegations.

## DEFENDANTS

3.     Answering Paragraph 3, Ocasio and Rimas admit that Ocasio is domiciled in San Juan, Puerto Rico.

4.     The allegations of Paragraph 4 contain conclusions of law to which no responsive pleading is required.  To the extent a response is required, Ocasio and

---

[1] Ocasio and Rimas include the section headings from the Complaint in this Answer for ease of organization.  To the extent the headings include any allegations of fact, Ocasio and Rimas deny each and every allegation thereof.

**DEFENDANTS RIMAS ENTERTAINMENT, LLC'S AND BENITO ANTONIO MARTINEZ OCASIO p/k/a BAD BUNNY'S ANSWER TO COMPLAINT; DEMAND FOR JURY TRIAL**

1 Rimas lack knowledge and information sufficient to form a belief as to the truth of

2 these allegations of Paragraph 4, and on that basis deny these allegations.

3        5.       The allegations of Paragraph 5 contain conclusions of law to which no

4 responsive pleading is required.  To the extent a response is required, Ocasio and

5 Rimas lack knowledge and information sufficient to form a belief as to the truth of

6 these allegations of Paragraph 4, and on that basis deny these allegations.

7        6.       The allegations of Paragraph 6 contain conclusions of law to which no

8 responsive pleading is required.  To the extent a response is required, Ocasio and

9 Rimas lack knowledge and information sufficient to form a belief as to the truth of

10 these allegations of Paragraph 6, and on that basis deny these allegations.

11        7.       The allegations of Paragraph 7 contain conclusions of law to which no

12 responsive pleading is required.  To the extent a response is required, Ocasio and

13 Rimas lack knowledge and information sufficient to form a belief as to the truth of

14 these allegations of Paragraph 7, and on that basis deny these allegations.

15        8.       The allegations of Paragraph 8 contain conclusions of law to which no

16 responsive pleading is required.  To the extent a response is required, Ocasio and

17 Rimas lack knowledge and information sufficient to form a belief as to the truth of

18 these allegations of Paragraph 8, and on that basis deny these allegations.

19        9.       Answering Paragraph 9, Ocasio and Rimas deny the allegations

20 contained in paragraph 9 but admit that Rimas is an LLC organized under the laws of

21 Puerto Rico with its principal place of business in San Juan, Puerto Rico.

22        10.      The allegations of Paragraph 10 contain conclusions of law to which no

23 responsive pleading is required.  To the extent a response is required, Ocasio and

24 Rimas lack knowledge and information sufficient to form a belief as to the truth of

25 these allegations of Paragraph 10, and on that basis deny these allegations.

26        11.      The allegations of Paragraph 11 contain conclusions of law to which no

27 responsive pleading is required.  To the extent a response is required, Ocasio and

28

**DEFENDANTS RIMAS ENTERTAINMENT, LLC'S AND BENITO ANTONIO MARTINEZ OCASIO p/k/a BAD BUNNY'S ANSWER TO COMPLAINT; DEMAND FOR JURY TRIAL**

1   Rimas lack knowledge and information sufficient to form a belief as to the truth of

2   these allegations of Paragraph 11, and on that basis deny these allegations.

3       12.     The allegations of Paragraph 12 contain conclusions of law to which no

4   responsive pleading is required.  To the extent a response is required, Ocasio and

5   Rimas lack knowledge and information sufficient to form a belief as to the truth of

6   these allegations of Paragraph 12, and on that basis deny these allegations.

7       13.     The allegations of Paragraph 13 contain conclusions of law to which no

8   responsive pleading is required.  To the extent a response is required, Ocasio and

9   Rimas lack knowledge and information sufficient to form a belief as to the truth of

10  these allegations of Paragraph 13, and on that basis deny these allegations.

11      14.     The allegations of Paragraph 14 contain conclusions of law to which no

12  responsive pleading is required.  To the extent a response is required, Ocasio and

13  Rimas lack knowledge and information sufficient to form a belief as to the truth of

14  these allegations of Paragraph 14, and on that basis denies these allegations.

15      15.     The allegations within Paragraph 15 are Doe allegations, which are

16  improper in federal court, and are, in any event, conclusions of law.  Therefore, no

17  response is required.  To the extent a response is required, Ocasio and Rimas are

18  without knowledge or information sufficient to form a belief as to the truth of those

19  allegations and on that basis deny those allegations.

20      16.     The allegations of Paragraph 16 are conclusions of law to which no

21  response is required.  To the extent a response is required, Ocasio and Rimas lack

22  knowledge and information to form a belief as to the truth of these allegations, and

23  on that basis deny the allegations of Paragraph 16.

24                     **JURISDICTION AND VENUE**

25      17.     The allegations of Paragraph 17 are conclusions of law to which no

26  response is required.  To the extent a response is required, Ocasio and Rimas admit

27

28

**DEFENDANTS RIMAS ENTERTAINMENT, LLC'S AND BENITO ANTONIO MARTINEZ OCASIO p/k/a BAD BUNNY'S ANSWER TO COMPLAINT; DEMAND FOR JURY TRIAL**

1  that the Court has subject matter jurisdiction but deny that Plaintiff is entitled to any

2  relief.

3      18.    The allegations of Paragraph 18 are conclusions of law to which no

4  response is required.  To the extent a response is required, Ocasio and Rimas deny

5  the allegations of Paragraph 18.

## ALLEGATIONS COMMON TO ALL CAUSES OF ACTION

### BM Records and DJ Playero

8      19.    Answering Paragraph 19, Ocasio and Rimas lack knowledge and

9  information to form a belief as to the truth of these allegations, and on that basis deny

10  the allegations of Paragraph 19.

11      20.    Answering Paragraph 20, Ocasio and Rimas admit that reggaeton is a

12  genre that combines Spanish-language singing and rapping with musical influences

13  but lack knowledge and information to form a belief as to the truth of the remainder

14  of these allegations, and on that basis deny the remainder of the allegations of

15  Paragraph 20.

16      21.    Answering Paragraph 21, Ocasio and Rimas lack knowledge and

17  information to form a belief as to the truth of these allegations, and on that basis deny

18  the allegations of Paragraph 21.

19      22.    Answering Paragraph 22, Ocasio and Rimas admit that DJ Playero is a

20  reggaeton DJ but lack knowledge and information to form a belief as to the truth of

21  the reminder of these allegations, and on that basis deny the allegations of Paragraph

22  22.

23      23.    Answering Paragraph 23, Ocasio and Rimas lack knowledge and

24  information to form a belief as to the truth of these allegations, and on that basis deny

25  the allegations of Paragraph 23.

26

27

28

**DEFENDANTS RIMAS ENTERTAINMENT, LLC'S AND BENITO ANTONIO
MARTINEZ OCASIO p/k/a BAD BUNNY'S ANSWER TO COMPLAINT; DEMAND FOR
JURY TRIAL**

24.     Answering Paragraph 24, Ocasio and Rimas lack knowledge and information to form a belief as to the truth of these allegations, and on that basis deny the allegations of Paragraph 24.

25.     Answering Paragraph 25, Ocasio and Rimas state that the two purported registrations referred to herein speak for themselves, and Ocasio and Rimas are otherwise without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 25 and on that basis deny those allegations.

26.     Answering Paragraph 26, Ocasio and Rimas lack knowledge and information to form a belief as to the truth of these allegations, and on that basis deny the allegations of Paragraph 26.

27.     Answering Paragraph 27, Ocasio and Rimas lack knowledge and information to form a belief as to the truth of these allegations, and on that basis deny the allegations of Paragraph 27.

## Bad Bunny and "Safaera"

28.     Answering Paragraph 28, Ocasio and Rimas admit the allegations in paragraph 28, except deny the description of "Safaera" referred to in certain articles referenced in this paragraph 28.

29.     Answering Paragraph 29, Ocasio and Rimas deny the allegations set for the in this paragraph except admit that "Safaera" contains samples and interpolations.

30.     Answering Paragraph 30, Ocasio and Rimas deny the allegations in Paragraph 30, but admit that they were aware that samples on "Safaera" needed to be cleared by obtaining licenses and that Spotify briefly removed "Safaera" from its music streaming services.

31.     Answering Paragraph 31, Ocasio and Rimas admit the allegations in Paragraph 31.

32.     Answering Paragraph 32, Ocasio and Rimas admit the allegations in Paragraph 32.

**DEFENDANTS RIMAS ENTERTAINMENT, LLC'S AND BENITO ANTONIO
MARTINEZ OCASIO p/k/a BAD BUNNY'S ANSWER TO COMPLAINT; DEMAND FOR
JURY TRIAL**

1

**Infringement of Plaintiff's Works on "Safaera"**

2       33.    The allegations of Paragraph 33 contain conclusions of law to which no

3   responsive pleading is required.  To the extent a response is required, Ocasio and

4   Rimas deny the allegations in Paragraph 33 and specifically allege that there are no

5   "samples" of the alleged "Playero Works" in "Safaera."

6       34.    The allegations of Paragraph 34 contain conclusions of law to which no

7   responsive pleading is required.  To the extent a response is required, Ocasio and

8   Rimas deny the allegations in Paragraph 34.

9       35.    The allegations of Paragraph 35 contain conclusions of law to which no

10   responsive pleading is required.  To the extent a response is required, Ocasio and

11   Rimas deny the allegations in Paragraph 35.

12              **FIRST CAUSE OF ACTION**

13            **DIRECT COPYRIGHT INFRINGEMENT**

14               **(Against All Defendants)**

15       36.    Answering Paragraph 36, Ocasio and Rimas repeat the applicable

16   responses contained above in Paragraphs 1 through 35.

17       37.    The allegations of Paragraph 37 contain conclusions of law to which no

18   responsive pleading is required.  To the extent a response is required, Ocasio and

19   Rimas deny the allegations in Paragraph 37, but admit that they had no license from

20   Plaintiff.

21       38.    The allegations of Paragraph 38 contain conclusions of law to which no

22   responsive pleading is required.  To the extent a response is required, Ocasio and

23   Rimas admit the allegations in Paragraph 38 as to Defendants Ocasio and Rimas and

24   except as admitted, lack knowledge and information to form a belief as to the truth of

25   the allegations contained in this paragraph and on that basis deny such allegations.

26

27

28

**DEFENDANTS RIMAS ENTERTAINMENT, LLC'S AND BENITO ANTONIO
MARTINEZ OCASIO p/k/a BAD BUNNY'S ANSWER TO COMPLAINT; DEMAND FOR
JURY TRIAL**

39.   The allegations of Paragraph 39 contain conclusions of law to which no responsive pleading is required.  To the extent a response is required, Ocasio and Rimas deny the allegations in Paragraph 39.

40.   The allegations of Paragraph 40 contain conclusions of law to which no responsive pleading is required.  To the extent a response is required, Ocasio and Rimas deny the allegations in Paragraph 40.

41.   The allegations of Paragraph 41 contain conclusions of law to which no responsive pleading is required.  To the extent a response is required, Ocasio and Rimas deny the allegations in Paragraph 41.

42.   The allegations of Paragraph 42 contain conclusions of law to which no responsive pleading is required.  To the extent a response is required, Ocasio and Rimas deny the allegations in Paragraph 42.

43.   The allegations of Paragraph 43 contain conclusions of law to which no responsive pleading is required.  To the extent a response is required, Ocasio and Rimas deny the allegations in Paragraph 43.

## SECOND CAUSE OF ACTION

## CONTRIBUTORY COPYRIGHT INFRINGEMENT

### (Against All Defendants)

44.   Answering Paragraph 44, Ocasio and Rimas repeat the applicable responses contained above in Paragraphs 1 through 43.

45.   The allegations of Paragraph 45 contain conclusions of law to which no responsive pleading is required.  To the extent a response is required, Ocasio and Rimas deny the allegations in Paragraph 45.

46.   The allegations of Paragraph 46 contain conclusions of law to which no responsive pleading is required.  To the extent a response is required, Ocasio and Rimas deny the allegations in Paragraph 46.

47.    The allegations of Paragraph 47 contain conclusions of law to which no responsive pleading is required.  To the extent a response is required, Ocasio and Rimas deny the allegations in Paragraph 47.

48.    The allegations of Paragraph 48 contain conclusions of law to which no responsive pleading is required.  To the extent a response is required, Ocasio and Rimas deny the allegations in Paragraph 48.

49.    The allegations of Paragraph 49 contain conclusions of law to which no responsive pleading is required.  To the extent a response is required, Ocasio and Rimas deny the allegations in Paragraph 49.

## AFFIRMATIVE DEFENSES

Without waiving or excusing Plaintiff's burden of proof, or admitting that Ocasio and Rimas have any burden of proof, Ocasio and Rimas hereby assert the following affirmative defenses:

### First Affirmative Defense

(Failure to State a Claim)

50.    The Complaint, and each and every claim for relief set forth therein, fails to state a claim upon which relief can be granted.

### Second Affirmative Defense

(Independent Creation)

51.    Plaintiff's claims are barred in whole or in part because "Safaera" was created independently from and without knowledge of Plaintiff's claimed works.

### Third Affirmative Defense

(Lack of Originality or Protectability)

52.    The allegedly copied elements or materials lack originality or otherwise are not protected by copyright.

**DEFENDANTS RIMAS ENTERTAINMENT, LLC'S AND BENITO ANTONIO MARTINEZ OCASIO p/k/a BAD BUNNY'S ANSWER TO COMPLAINT; DEMAND FOR JURY TRIAL**

## Fourth Affirmative Defense

### (Lack of Causation)

53.     Without in any way admitting any of the allegations contained in the Complaint, the alleged use of the Playero Works (or any of them) did not proximately cause any of the alleged damages and/or did not proximately result in any of the alleged profits.

## Fifth Affirmative Defense

### (Statute(s) of Limitations)

54.     Plaintiff's claims are barred in whole or in part because of the applicable statute(s) of limitations, including, *inter alia*, 17 U.S.C. § 507(b).

## Sixth Affirmative Defense

### (Waiver)

55.     Plaintiff's claims are barred in whole or in part because of waiver.

## Seventh Affirmative Defense

### (Unclean Hands)

56.     Plaintiff's claims are barred in whole or in part because of the doctrine of unclean hands.

## Eighth Affirmative Defense

### (Lack of Ownership/Lack of Standing)

57.     Plaintiff's claims are barred in whole or in part because, upon information and belief, Plaintiff is not the rightful owner of the right to bring this action on behalf of the alleged Playero Works (or any of them), and accordingly, lacks standing and/or the ability to plead/prove a *prima facie* claim of copyright infringement.

**DEFENDANTS RIMAS ENTERTAINMENT, LLC'S AND BENITO ANTONIO MARTINEZ OCASIO p/k/a BAD BUNNY'S ANSWER TO COMPLAINT; DEMAND FOR JURY TRIAL**

## Ninth Affirmative Defense

### (No Willfulness)

58.     To the extent Ocasio and/or Rimas infringed Plaintiff's copyright interests (if any), which is denied, Ocasio and/or Rimas did not do so willfully.


## Tenth Affirmative Defense

### (Innocence)

59.     To the extent Ocasio and/or Rimas infringed Plaintiff's copyright interests (if any), which is denied, Ocasio and/or Rimas did so innocently.

## Eleventh Affirmative Defense

### (Lack of Registration—Barring Action)

60.     The so-called Playero Works—or any of them—are not registered with the U.S. Copyright Office, thereby barring this action as to those unregistered works.

## Twelfth Affirmative Defense

### (Lack of Proper Registration—No Statutory Damages and No Attorney's Fees)

61.     The so-called Playero Works—or any of them—were not properly or timely registered with the U.S. Copyright Office, thereby precluding the ability of Plaintiff to recover statutory damages and attorney's fees in this action for such works.

## Thirteenth Affirmative Defense

### (Copyright Misuse)

62.     Plaintiff's claims are barred in whole or in part because of the doctrine of copyright misuse.

**DEFENDANTS RIMAS ENTERTAINMENT, LLC'S AND BENITO ANTONIO MARTINEZ OCASIO p/k/a BAD BUNNY'S ANSWER TO COMPLAINT; DEMAND FOR JURY TRIAL**

**Fourteenth Affirmative Defense**

(Failure to Mitigate Damages)

63.    Plaintiff's claims are barred in whole or in part because of Plaintiff's failure to mitigate damages.

**Fifteenth Affirmative Defense**

(License)

64.    Without admitting the use of any copyrighted material allegedly owned by Plaintiff, which is denied, the conduct of which Plaintiff complains was impliedly and/or expressly licensed.

**Sixteenth Affirmative Defense**

(Fair Use)

65.    Without admitting the use of any copyrighted material allegedly owned by Plaintiff, which is denied, the conduct of which Plaintiff complains constitute fair use.

**Seventeenth Affirmative Defense**

(Abandonment)

66.    Plaintiff abandoned the copyright(s), or the allegedly infringed copyright right(s) in the allegedly infringed works (or some of them).

**Eighteenth Affirmative Defense**

(Estoppel)

67.    Plaintiff's claims are barred in whole or in part by the doctrine of estoppel.

**Nineteenth Affirmative Defense**

(Plaintiff's Lack of Ownership of the Allegedly Copied Material)

68.    Plaintiff does not own the copyright or any other rights in or to the portions of the claimed works (or some of them) that are allegedly copied in "Safaera."

### Twentieth Affirmative Defense

(Lack of Personal Jurisdiction)

69.     The Court lacks personal jurisdiction over Ocasio and Rimas.

### Twenty-First Affirmative Defense

(Improper Venue)

70.     Venue is improper as to Ocasio and Rimas.

### PRAYER FOR RELIEF

**WHEREFORE**, Ocasio and Rimas pray for judgment against Plaintiff as follows:

A.     That Plaintiff takes nothing by virtue of its Complaint;

B.     For costs and attorneys' fees, to the extent permitted by law; and

C.     For such other and further relief as the Court deems just and proper.

Dated: January 7, 2022

FREUNDLICH LAW


BY:/s/ Kenneth D. Freundlich
Kenneth D. Freundlich
Michael J. Kaiser
Attorneys for Defendants
BENITO ANTONIO MARTÍNEZ OCASIO p/k/a
BAD BUNNY, and RIMAS ENTERTAINMENT,
LLC

1

## **DEMAND FOR JURY TRIAL**

2

Defendants Benito Antonio Martinez Ocasio p/k/a Bad Bunny and Rimas

3

Entertainment, LLC respectfully request a jury trial on all issue so triable.

4

Dated: January 7, 2022

5

6

FREUNDLICH LAW

7

8

BY:/s/ Kenneth D. Freundlich
Kenneth D. Freundlich

9

Michael J. Kaiser
Attorneys for Defendants

10

BENITO ANTONIO MARTÍNEZ OCASIO p/k/a

11

BAD BUNNY, and RIMAS ENTERTAINMENT,
LLC

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DEFENDANTS RIMAS ENTERTAINMENT, LLC'S AND BENITO ANTONIO MARTINEZ OCASIO p/k/a BAD BUNNY'S ANSWER TO COMPLAINT; DEMAND FOR JURY TRIAL**