Kenneth D. Freundlich (SBN: 119806)
Michael J. Kaiser (SBN: 258717)
FREUNDLICH LAW
16133 Ventura Blvd. Ste. 645
Encino, CA 91436
P: 818.377.3790
F: 310.275.5351
E-Mail: ken@freundlichlaw.com
         mkaiser@freundlichlaw.com

Attorneys for Defendants Benito
Antonio Martinez Ocasio and
Rimas Entertainment, LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| AOM MUSIC, INC., a Florida corporation,<br><br>     Plaintiff,<br><br>     vs.<br><br>BENITO ANTONIO MARTÍNEZ OCASIO p/k/a BAD BUNNY, an individual, et al.<br><br>     Defendants. | CASE NO. CV 21-7691-GW-JEMx<br><br>[Hon. George H. Wu]<br><br>**ORDER MODIFYING AMENDED SCHEDULING ORDER**<br><br>[Stipulation and Declaration of Kenneth D. Freundlich, Esq. concurrently filed herewith] |

**[PROPOSED] ORDER MODIFYING AMENDED SCHEDULING ORDER**

*AOM Music, Inc. v. Ocasio et al.*, Case No. 2:21-cv-7691- GW-JEM

# ORDER

Based upon the stipulation of the parties', for good cause shown, the Court hereby modifies its June 13, 2022 Amended Scheduling Order (Doc. No. 33) as follows:

| Event | Current Date | Proposed Date |
|---|---|---|
| Mediation Completion Date | November 28, 2022 | January 30, 2023 |
| Post Mediation Status Conference | December 1, 2022 at 8:30 a.m. | February 2, 2023 at 8:30 a.m. |
| Non-Expert Discovery Completion Date (motion of compel to be filed, heard and complied with before the cut-off) | December 9, 2022 | January 23, 2023 |
| Initial Expert Reports Exchanged | December 15, 2022 | February 3, 2023 |
| Rebuttal Expert Reports Exchanged | January 9, 2023 | February 27, 2023 |
| Reply Expert Reports Exchanged | January 30, 2023 | Not Applicable |
| Expert Discovery Completion Date | February 27, 2023 | March 17, 2023 |
| Last Day for Court to hear motions (other than Motions In Limine) | April 10, 2023 | April 10, 2023 |
| Pre-Trial Conference Date and Time | May 4, 2023 at 8:30 a.m. | May 4, 2023 at 8:30 a.m. |
| Jury Trial commencement | May 16, 2023 at 9:00 a.m. | May 16, 2023 at 9:00 a.m. |

IT IS SO ORDERED.

DATED: November 9, 2022

Hon. George H. Wu
U.S. District Judge

1

**[PROPOSED] ORDER MODIFYING AMENDED SCHEDULING ORDER**

*AOM Music, Inc. v. Ocasio et al.*, Case No. 2:21-cv-7691- GW-JEM