JS-6

1

2

3

4

5

6

UNITED STATES DISTRICT COURT

7

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

8

| AOM MUSIC, INC., a Florida corporation, | CASE NO. CV 21-7691-GW-JEMx |
| | [Hon. George H. Wu] |
| Plaintiff, | **ORDER RE: NOTICE OF SETTLEMENT IN PRINCIPLE (L.R. 16-15.7)** |
| vs. | |
| BENITO ANTONIO MARTÍNEZ OCASIO p/k/a BAD BUNNY, an individual, et al. | |
| Defendants. | |

## ORDER

In light of the Notice of Settlement in Principle filed by the parties, for good cause shown, the Court **ORDERS** that:

(1)     The operative Scheduling Order (Doc. No. 41), including, without limitation, the Pre-Trial Conference and trial dates (May 4, 2023 and May 16, 2023, respectively), and all current extant dates and deadlines are hereby vacated;

(2)   The action shall, *without being dismissed*, be placed on the Court's inactive calendar; and

(3)   If a Stipulation of Dismissal (Fed. R. Civ. P. 41(a)(1)(A)(ii)) is not filed by February 17, 2023, the Parties shall submit a joint report to the Court on February 20, 2023 regarding the status of the settlement process.

**IT IS SO ORDERED.**

DATED:  January 24, 2023

_____

Hon. George H. Wu
U.S. District Judge

1